RONALD V. UY, SBN 177157
STEVAN J. HENRIOULLE, SBN 57282
LAW OFFICE UY & HENRIOULLE
1212 Broadway, Suite 820
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:   (510) 835-3731

Attorney for Plaintiffs,
LAURA AGUILERA

**IT IS SO ORDERED**
*James Larson*
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA AGUILERA<br><br>            Plaintiffs,<br><br>vs.<br><br>HILLTOP LENDING CORP.; THANH NGUYEN; ROSENDO FLORES; IRES CO.; AURORA LOAN SERVICES, LLC' CAL-WESTERN RECONVEYANCE CORP., Defendants. | Case No.  3:10-CV-00184<br><br>**Stipulation to File Opposition to 12(b)6) Motion and move the Motion Hearing at later date.** |

Plaintiff Laura Aguilera and Defendant Aurora Loan Services through their respective counsel of record, hereby stipulate to allow plaintiff to file an opposition to defendant's 12(b)(6) motion and continued the motion hearing and case management conference set for July 28, 2010 to August 25, 2010.  Plaintiff's deadline to file her opposition shall be based on the new hearing date and adhere to the requirements of the Northern District of California Local Civil Rules pertaining to oppositions to motions to dismiss.

AGUILERA V HILLTOP, ET. AL.

1

1 DATED: July 15, 2010            **LAW OFFICE OF UY & HENRIOULLE**

2

3                                             By: /s/ _____

4                                                     RONALD V. UY
                                                  Attorneys for Plaintiff

5                                                  LAURA AGUILERA

6

7 DATED: July 15, 2010            **AKERMAN SENTERFITT LLP**

8

9

10                                             By: /s/ _____
                                                  JUSTIN D. BALSER

11                                                  Attorneys for Defendant
                                                AURORA LOAN SERVICES LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28